UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY PITTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV735 RWS |
| | ) | |
| CITY OF OWENSVILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion to amend the Case Management Order [#38] is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall complete all discovery in this case no later **April 30, 2006**.

**IT IS FURTHER ORDERED** that any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **May 10, 2006.** Opposition briefs shall be filed no later than **May 31, 2006**, and any reply brief shall be filed no later than **June 10, 2006**.

Dated this 11th day of April, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE